```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
 5
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,        )1:07-cr-0058 AWI
11                                   )
                 Plaintiff,          )
12                                   )
        v.                           ) ORDER CONTINUING SENTENCING
13                                   ) FROM NOVEMBER 17, 2008, TO
                                     ) FEBRUARY 9, 2009, AT 9:00
14  MIGUEL ANGEL NUNEZ-BARRAGAN,     ) A.M. IN COURTROOM 2
                                     )
15               Defendant.          )
    _____)
16
17       Having read and considered the parties' stipulation to
18  continue the current sentencing date of November 17, 2008, to
19  February 9, 2009, at 9:00 a.m. in this matter,
20       IT IS THE ORDER of the Court that the current sentencing
21  date is hereby continued to February 9, 2009, at 9:00 a.m.
22
23  IT IS SO ORDERED.
24  Dated:   November 7, 2008                /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE
25
26
27
28

                                  1
```