LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:07-cr-0058 AWI |
| Plaintiff, | ) |
| v. | ) ORDER |
| MIGUEL ANGEL NUNEZ-BARRAGAN, | ) |
| Defendant. | ) |

Having read and considered the parties' stipulation to continue the current sentencing date of February 9, 2009, to April 27, 2009, at 9:00 a.m. in this matter,

IT IS THE ORDER of the Court that the current sentencing date is hereby continued to April 27, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   February 5, 2009**                    /s/ Anthony W. Ishii
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

1