UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL ANGEL NUNEZ-BARRAGAN, et al.,<br><br>Defendant. | CASE NO. CR-F-07-0058 AWI<br><br>**STIPULATION RE: SENTENCING CONTINUANCE AND ORDER** |

_____

Defendant MIGUEL ANGEL NUNEZ-BARRAGAN, by and through his attorney, JOAN JACOBS LEVIE, and the United States of America, by and through its attorneys, LAWRENCE G. BROWN, Acting United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the April 27, 2009, sentencing in this matter.

2. The parties agree to re-set the matter for sentencing on June 29, 2009, at 9:00 a.m.

*Respectfully submitted,*

DATED: April 22, 2009

*/S/ Joan Jacobs Levie*_____
**JOAN JACOBS LEVIE**
*Attorney for Defendant,*
MIGUEL ANGEL NUNEZ-BARRAGAN

| | |
|---|---|
| *DATED: April 22, 2009* | /S/ Karen A. Escobar |
| | KAREN A. ESCOBAR |
| | Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

**Dated:   April 22, 2009**               /s/ **Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE