| | |
|---|---|
| 1 | **JOAN JACOBS LEVIE, #179787** |
| | **LAW OFFICES OF JOAN JACOBS LEVIE** |
| 2 | 2014 TULARE STREET, SUITE 528 |
| | FRESNO, CALIFORNIA 93721 |
| 3 | TELEPHONE: (559) 498-8155 |
| | FACSIMILE: (559) 498-8165 |

Attorney for Defendant, MIGUEL ANGEL NUNEZ-BARRAGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR-F-07-0058 LJO |
| Plaintiff, | ) |
| vs. | ) **AMENDED STIPULATION RE** |
| | ) **ADVANCEMENT OF SENTENCING DATE;** |
| MIGUEL ANGEL NUNEZ-BARRAGAN, et al., | ) **ORDER** |
| Defendant. | ) |

Defendant MIGUEL ANGEL NUNEZ-BARRAGAN, by and through his attorney, JOAN JACOBS LEVIE, and the United States of America, by and through its attorneys, LAWRENCE G. BROWN, Acting United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate to vacate the July 29, 2009 sentencing in this matter and request-setting the sentencing on May 15, 2009, at 9:00 a.m. The reason for the advancement of sentencing is that the trial for codefendant is completed and defendant has satisfactorily completed his promise to testify at the trial. It is in the interest of defendant's safety and well-being to be released to the custody of the Bureau of Prisons.

Respectfully submitted,

DATED: May 11, 2009             S/ Joan Jacobs Levie_____
                                         JOAN JACOBS LEVIE
                                         Attorney for Defendant,
                                         MIGUEL ANGEL NUNEZ-BARRAGAN

DATED: May 11, 2009                    S/ Karen A. Escobar
                                       KAREN A. ESCOBAR
                                       Assistant U.S. Attorney

✱ ✱ ✱ ✱ ✱

## **ORDER**

IT IS HEREBY ORDERED that the date of the sentencing proceedings will be advanced in accordance with the above stipulation of counsel. The defendant MIGUEL ANGEL NUNEZ-BARRAGAN is ordered to return to court for further proceedings on May 15, 2009 at 8:45 a.m. before the Honorable Lawrence J. O'Neill, Courtroom 4.

DATED:   May 11, 2009

                         By: ____/s/ Lawrence J. O'Neill _____
                                 LAWRENCE J. O'NEILL
                                 Judge of the United States District Court